1   EDWARD C. DUCKERS (SB #242113)
    ecduckers@stoel.com
2   CARISSA M. BEECHAM (SB #254625)
    cmbeecham@stoel.com
3   STOEL RIVES LLP
    Three Embarcadero Center, Suite 1120
4   San Francisco, CA  94111
    Telephone:  (415) 617-8900
5   Facsimile:  (415) 617-8907

6   DAVID V. CARLSON (WSBA No. 17643)
    DaveC@Seedip.com
7   (Pro Hac Vice Application Pending)
    THOMAS J. SATAGAJ (WSBA No. 38988)
8   TomS@Seedip.com
    (Pro Hac Vice Application Pending)
9   WILLIAM O. FERRON, JR. (WSBA No. 11813)
    BillF@Seedip.com
10  (Pro Hac Vice Application Pending)
    SEED IP Law Group PLLC
11  701 Fifth Avenue, Suite 5400
    Seattle, WA  98104-7092
12  Telephone:  (206) 622-4900

13  Attorneys for Plaintiff
    ZONAR SYSTEMS, INC.

14

15                  UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17                      SACRAMENTO DIVISION

| | |
|---|---|
| 18 Zonar Systems, Inc., a Washington corporation, | Case No. |
| 19              Plaintiff, | COMPLAINT FOR PATENT INFRINGEMENT |
| 20        v. | |
| Synovia, Inc., an Indiana corporation; | DEMAND FOR JURY TRIAL |
| 21 Synovia Solutions LLC, an Indiana company; | |
| Synovia Acquisition, LLC, an Indiana | |
| 22 company, | |
| 23              Defendants. | |

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL

76097933.2 0099865-10005

1    Zonar Systems, Inc. for its Complaint herein, alleges as follows:

2                                NATURE OF ACTION

3    1.        This action arises under the Patent Laws of the United States, 35 U.S.C. § 100 *et*

4    *seq.*

5                                  THE PARTIES

6    2.        Plaintiff Zonar Systems, Inc. ("Plaintiff" or "Zonar") is a Washington corporation

7    having a principal place of business at 18200 Cascade Avenue South, Suite 200, Seattle,

8    Washington 98188.

9    3.        Upon information and belief, Defendants Synovia, Inc., Synovia Solutions LLC,

10   and Synovia Acquisitions, LLC ("Defendants" or "Synovia") are Indiana corporations or limited

11   liability companies.  Upon information and belief Defendants all have the same principal place of

12   business address at 9190 Priority Way West Drive, Suite 115, Indianapolis, Indiana 46240.

13   Defendants are doing business and infringing Zonar's patent in California and elsewhere in the

14   United States.

15                             JURISDICTION AND VENUE

16   4.        The Court has original jurisdiction of the federal claims raised herein pursuant to

17   28 U.S.C. §§ 1331, 1332, and 1338(a).

18   5.        Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), and/or

19   1400(b).  Both the Plaintiff and the Defendants are currently doing business in this judicial

20   district.  On information and belief, Defendants have sold, continue to sell and offer to sell

21   infringing products and services in this judicial district in direct competition with the Plaintiff.  In

22   addition, Defendants and/or their customers conduct acts in this judicial district that constitute

23   carrying out an infringing method.  Events giving rise to the claims herein occurred in this

24   judicial district.  Further, substantial damage to Plaintiff Zonar has occurred and continues to

25   occur in this judicial district.

26                            PLAINTIFF AND ITS RIGHTS

27   6.        On December 31, 2002, the United States Patent and Trademark Office issued

28   United States Patent No. 6,502,030, entitled "WEB BASED VEHICLE TRACKING AND USER

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL                    -1-

76097933.2 0099865-10005

1   ON_BOARD STATUS SYSTEM," and subsequently certified a Certificate of Correction on

2   February 17, 2004, (hereinafter "the '030 Patent").  The '030 Patent has been assigned to and is

3   fully owned by Plaintiff.  A true and correct copy of the '030 Patent is attached hereto as Exhibit

4   A.  The '030 Patent is valid, enforceable, and subsisting.

5           7.      In 2007, Zonar obtained an exclusive license to the '030 Patent.  Zonar began

6   development of a school bus passenger tracking system bearing the trade name, Z PASS.  The Z

7   PASS system is designed specifically for school transportation to track and monitor student

8   ridership in a safe, non-intrusive way.  The Z Pass system includes electronic devices inside the

9   school bus to track bus location and to collect on-board status information as students board and

10  disembark the bus.  Collected data is communicated to a remote computing device for processing,

11  and the on-board status data is available through a cell phone or computer browser.  Zonar first

12  sold Z PASS products in 2009.

13          8.      In 2009, one or more employees of Synovia visited Zonar to discuss Z PASS

14  product technologies.  Synovia thus gained specific knowledge of the Zonar product and how it

15  worked.  Synovia also had specific knowledge of the '030 Patent and what the claims covered,

16  and at that time, Synovia requested license to the '030 Patent.  In 2009, Zonar informed Synovia

17  that they would not partner with them and would not grant Synovia a license to the '030 Patent

18  but would prefer to sell products under the '030 Patent themselves.  Zonar has continued to

19  develop Z PASS products since 2009, sell Z PASS products since 2009, and study bus passenger

20  tracking products in the national marketplace since 2009.  In 2013, Zonar purchased the '030

21  Patent and became the sole owner.

22          9.      Synovia had specific knowledge of the '030 Patent based on the discussions in

23  2009.  Despite knowing of the '030 Patent and knowing they did not have a license, Synovia

24  knowingly and intentionally began selling and continues to sell products that infringe the '030

25  Patent.

26                      FIRST COUNT - PATENT INFRINGEMENT - '030 Patent

27          10.     Plaintiff repeats and realleges each of the allegations contained in paragraphs 1

28  through 9 of this Complaint.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL                    -2-

76097933.2 0099865-10005

11.     Upon information and belief, Defendants have been, and are, directly infringing one or more of claims 1 to 11 of the '030 Patent by using, offering to sell, selling, and/or causing to be used, offered for sale or sold, infringing bus passenger tracking products, including electronic devices and software, and services in this judicial district.

12.     Upon information and belief, Defendants have been, and are, indirectly infringing one or more of claims 1 to 11 of the '030 Patent by contributing to and inducing its customer to directly infringe by the customers using infringing bus passenger tracking products, including electronic devices and software, and services in this judicial district.  Because of Defendants' actions, one or more of their customers are direct infringers of the '030 patent.

13.     Upon information and belief, at least one of Defendants offers on its website at http://www.synoviasolutions.com/student-ridership/ in this judicial district and elsewhere in the United States, bus passenger tracking products that infringe one or more claims of the '030 Patent.

14.     On December 7, 2012, Plaintiff sent Defendants a letter informing Defendants of Plaintiff's exclusive rights in the '030 Patent and requesting Defendants cease infringing behavior.

15.     On information and belief, Defendants' infringement has been willful. Even after knowledge of the existence of the '030 Patent since 2009, knowing it did not have a license, and knowing that it had imitated significant portions of the Z PASS products and publications, Defendants continued to infringe the '030 Patent and continues to do so today.

16.     Plaintiff Zonar has been, and will continue to be, damaged by such infringement in an amount to be proven at trial in excess of the amount for diversity jurisdiction, and in a manner and amount that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law.  The patent infringement actions of Defendants have damaged, and will continue to damage, Plaintiff's business, market, reputation, and goodwill unless Defendants' acts of patent infringement complained of herein are enjoined.

Stoel Rives LLP
Attorneys At Law
San Francisco

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL                    -3-

76097933.2 0099865-10005

1

<u>PRAYER FOR RELIEF</u>

2

WHEREFORE, Plaintiff Zonar respectfully demands judgment:

3

1.      That Defendants be found to have willfully, deliberately, and actively infringed the

4

'030 Patent, both directly and indirectly.

5

2.      That Defendants, and their respective officers, agents, servants, employees,

6

attorneys, and all other persons in active concert or participation with any of them, be enjoined

7

and restrained and permanently thereafter from all acts that infringe the '030 Patent directly,

8

contributorily, or by inducement, including being enjoined from manufacturing, importing, using,

9

offering for sale and/or selling bus passenger tracking products and services, including software,

10

that infringe the '030 Patent.

11

3.      That Defendants be required to prepare and deliver to the Court a complete list of

12

entities to whom such Defendants have sold bus passenger tracking products and services.

13

4.      That Defendants be required to prepare and deliver to the Court a full accounting

14

of all bus passenger tracking products and services sold, including the price at which they were

15

sold, the date sold and a profit and loss statement for each year in which any infringing activities

16

took place.

17

5.      That Defendants be required to prepare and deliver to the Court a complete list of

18

entities to whom such Defendants have sold bus passenger tracking products and services.

19

6.      That Defendants be required to prepare and deliver to the Court a full accounting

20

of all bus passenger tracking software sold, including the price at which such software was sold,

21

the date sold and a profit and loss statement for each year in which any infringing activities took

22

place.

23

7.      That Defendants, within thirty days after receiving notice of entry of judgment, be

24

required to file with the Court and serve upon Plaintiff's counsel a written report under oath

25

setting forth in detail the manner in which Defendants have complied with Paragraphs 1 through

26

5, immediately above.

27

8.      That Defendants account for and pay over to Plaintiff damages sustained by

28

Plaintiff, directly and indirectly, by reason of Defendants' patent infringement.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL                -4-

76097933.2 0099865-10005

9.      That Defendants' infringement of the '030 Patent be found willful and that treble damages, together with interest and costs, be awarded under 35 U.S.C. § 284, or as otherwise permitted by law.

10.     That Plaintiff be awarded all costs and expenses in this action under 28 U.S.C. § 1920 and under Federal Rules of Civil Procedure 54(d).

11.     That the present case be found exceptional and that attorney fees be awarded to Plaintiff under 35 U.S.C. § 285, or as otherwise permitted by law.

12.     That Plaintiff have such other and further relief as the Court may deem equitable.

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury of all issues in this case.

Dated:  May 8, 2014                          STOEL RIVES LLP


                                             <u>    /s/  Edward C. Duckers    </u>
                                             EDWARD C. DUCKERS (SB #242113)
                                             ecduckers@stoel.com
                                             CARISSA M. BEECHAM (SB #254625)
                                             cmbeecham@stoel.com
                                             STOEL RIVES LLP
                                             Three Embarcadero Center, Suite 1120
                                             San Francisco, CA  94111
                                             Telephone:  (415) 617-8900
                                             Facsimile:  (415) 617-8907

                                             DAVID V. CARLSON (WSBA No. 17643)
                                             DaveC@Seedip.com
                                             (Pro Hac Vice Application Pending)
                                             THOMAS J. SATAGAJ (WSBA No. 38988)
                                             TomS@Seedip.com
                                             (Pro Hac Vice Application Pending)
                                             WILLIAM O. FERRON, JR. (WSBA No. 11813)
                                             BillF@Seedip.com
                                             (Pro Hac Vice Application Pending)
                                             SEED IP Law Group PLLC
                                             701 Fifth Avenue, Suite 5400
                                             Seattle, WA  98104-7092
                                             Telephone:  (206) 622-4900

                                             Attorneys for Plaintiff
                                             ZONAR SYSTEMS, INC.

Stoel Rives LLP
Attorneys At Law
San Francisco

COMPLAINT FOR PATENT INFRINGEMENT-
DEMAND FOR JURY TRIAL
-5-
76097933.2 0099865-10005

# EXHIBIT

# A

Case 2:14-at-00591   Document 1   Filed 03/03/14   Page 8 of 18

US006502030B2

(12) **United States Patent**    (10) Patent No.:    **US 6,502,030 B2**

Hilleary    (45) **Date of Patent:**    **Dec. 31, 2002**

(54) **WEB BASED VEHICLE TRACKING AND USER ON-BOARD STATUS SYSTEM**

(75) Inventor: **Thomas N. Hilleary**, Chesterfield, MO (US)

(73) Assignee: **LaBarge, Inc.**, Clayton, MO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/769,537**

(22) Filed: **Jan. 25, 2001**

(65) **Prior Publication Data**

US 2002/0099501 A1 Jul. 25, 2002

(51) **Int. Cl.**[7] ............................ **G08G 1/123**; G01S 5/00

(52) **U.S. Cl.** ........................ **701/207**; 701/213; 340/992; 342/357.09

(58) **Field of Search** ................................ 701/207, 117, 701/213; 340/989, 992; 342/357.07, 357.09, 357.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,006,159 A   * 12/1999   Schmier et al. ............. 340/988

6,240,362 B1   *   5/2001   Gaspard, II ................. 340/991
6,330,499 B1    12/2001   Chou et al.
6,331,825 B1   * 12/2001   Ladner et al. .............. 340/988
6,339,397 B1   *   1/2002   Baker .................... 342/357.07
6,347,739 B1   *   2/2002   Tamam ...................... 235/384

* cited by examiner

Primary Examiner—Michael J. Zanelli
(74) Attorney, Agent, or Firm—Armstrong Teasdale LLP

(57) **ABSTRACT**

A web based vehicle tracking system includes a passenger identification device that registers when a passenger boards and disembarks the vehicle. The web based vehicle tracking system utilizes a vehicle information system, that includes the passenger identification device, and a base station network administrator to monitor the travel of a vehicle and the on-board status of a passenger. Using, a user communications interface, a user accesses the Internet to query passenger on-board status information.

**16 Claims, 4 Drawing Sheets**







196

200

AN INITIALIZATION EVENT OCCURS

204

COMMUNICATION IS ESTABLISHED BETWEEN THE BASE STATION NETWORK ADMINISTRATOR AND THE VEHICLE INFORMATION SYSTEM

208

VEHICLE INFORMATION SYSTEM TRANSMITS VEHICLE DATA TO THE BASE STATION NETWORK ADMINISTRATOR UPON THE OCCURRENCE OF A PROMPT

212

USING THE VEHICLE LOCATION DATA, THE BASE STATION COMPUTER COMPILES VEHICLE TRAVEL INFORMATION

216

BASE STATION COMPUTER COMPARES THE VEHICLE TRAVEL INFORMATION TO THE PREDETERMINED VEHICLE TRAVEL INFORMATION MESSAGE TRIGGERS

220

THE VEHICLE TRAVEL INFORMATION AND PREDETERMINED VEHICLE TRAVEL INFORMATION MESSAGE TRIGGERS MATCH

224

BASE STAION COMPUTER COMMUNICATES A VEHICLE TRAVEL INFORMATION MESSAGE TO THE USER INTERFACE

FIG.2



296

300   AN INITIALIZATION EVENT OCCURS

304   COMMUNICATION IS ESTABLISHED BETWEEN THE BASE STATION NETWORK ADMINISTRATOR AND THE VEHICLE INFORMATION SYSTEM

308   LOCATION DETERMINATION DEVICE RESOLVES VEHICLE LOCATION FROM GPS SATELLITE NETWORK DATA

312   LOCATION DETERMINATION DEVICE COMMUNICATES THE VEHICLE LOCATION DATA TO THE VIS PROCESSOR

316   A PROMPT OCCURS

320   VEHICLE COMPUTER INTERFACE SENDS THE VEHICLE LOCATION DATA TO THE VIS WIRELESS COMMUNICATION DEVICE

324   VIS WIRELESS COMMUNICATION DEVICE TRANSMITS THE VEHICLE LOCATION DATA TO THE BASE STATION COMPUTER

328   USER UTILIZES THE USER COMMUNICATIONS INTERFACE TO CONNECT TO THE WEB SITE AND REQUEST A GRAPHICAL REPRESENTATION OF THE VEHICLE LOCATION

332   BASE STATION COMPUTER UTILIZES A MAPPING PROGRAM AND PLOTS THE VEHICLE LOCATION DATA ON A MAP

BASE STATION COMPUTER DOWNLOADS THE MAP TO A WEB SITE SHOWING THE GRAPHICAL REPRESENTATION OF THE LOCATION OF THE VEHICLE

336

FIG.3



396

400 — DRIVER DEPRESSES THE ASSIST BUTTON

404 — VIS PROCESSOR TRANSMITS AN EMERGENCY SIGNAL AND CURRENT VEHICLE LOCATION TO THE BASE STATION COMPUTER

408 — BASE STATION COMPUTER COMMUNICATES AN EMERGENCY MESSAGE TO THE EMERGENCY RESPONSE TERMINAL

412 — EMERGENCY RESPONSE DISPATCHER TAKES APPROPRIATE MEASURES

FIG.4



40

LCD

ASSIST BUTTON

34

INPUT DEVICE

DRIVER COMPUTER INTERFACE

FIG.5

US 6,502,030 B2

1

# WEB BASED VEHICLE TRACKING AND USER ON-BOARD STATUS SYSTEM

## BACKGROUND OF THE INVENTION

This invention relates generally to a vehicle travel information system, and more particularly to a web-based vehicle travel information system.

In situations where vehicles are utilized to transport people, product, or packages, a prevalent problem is the unpredictability of the arrival of the vehicle at a specific location. Factors contribute to the timeliness of vehicular travel such as inclement weather, traffic flow, vehicle maintenance and other unexpected delays and can effect the schedule of the vehicle. For example, school children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at substantially different times from one day to the next. The arrival times of school buses can be significantly affected by many factors such as maintenance problems, rush hour traffic, and congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, often times in adverse weather conditions, on unlit street corners, or near busy or secluded streets.

It is known to utilize a system that employs the use of a transmitter on the vehicle and a receiver in the home or office of the user such that when the vehicle comes within a certain range of the receiver, the receiver signals the user that the vehicle is approaching. Additionally it is known to utilize a system that employs a satellite tracking system, such as a global positioning system (GPS), to track the vehicle, a transmitter located on the vehicle, and a base station capable of receiving transmissions and sending a message to the user's locations notifying the user of the impending arrival of the vehicle. While such systems work satisfactorily under certain circumstances, they are limited in the type of information and flexibility they provide the user.

## BRIEF SUMMARY OF THE INVENTION

In an exemplary embodiment, the web based vehicle tracking system includes a passenger identification device that registers when a passenger boards and disembarks a vehicle. The web based vehicle tracking system includes a vehicle information system that is coupled to the vehicle and includes the passenger identification device. The web based vehicle tracking system also includes a base station network administrator, located at a remote site, which monitors the on-board status of a passenger, and communicates with a user communications interface. Using, the user communications interface, located at a user premise, a user accesses the Internet to query passenger on-board status information.

During operation, a vehicle information system processor receives vehicle location data and transmits such data to a base station computer. The base station computer utilizes the vehicle location data and mapping software to generate a current graphical representation of the vehicle location. A user utilizes the user communication interface to access the Internet and view the graphical representation. As a passenger boards the vehicle a passenger boarding identification is input to the passenger identification device. The boarding identification is communicated to the vehicle information system processor that transmits the boarding identification to a base station computer. The base station computer accesses a database and retrieves passenger information that corresponds to the boarding identification. Similarly, when a

2

passenger disembarks, the base station computer receives a disembarking identification and retrieves the corresponding information. The base station computer monitors the on-board status of a passenger and communicates the status to a user upon request from a user, via the user communications interface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a vehicle travel information system in accordance with an exemplary embodiment of the present invention;

FIG. 2 is a flow chart of a messaging component of the vehicle travel information system shown in FIG. 1;

FIG. 3 is a flow chart of the vehicle tracking component of the vehicle travel information system shown in FIG. 1;

FIG. 4 is a flow chart of the emergency messaging component of the vehicle information system shown in FIG. 1; and

FIG. 5 is a block diagram of a driver computer interface for the vehicle travel information system shown in FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

The features and principles of the present invention will now be described relative to an exemplary embodiment thereof. It will be apparent to those skilled in the art that numerous variations o r modifications may be made to the exemplary embodiment without departing from the spirit and scope of the present invention. The system and method are not limited to the specific embodiments described herein. Components of each system and method can be practiced independent and separate from other components and methods. Each system and method also can be used in combination with other components and methods .

FIG. 1 depicts a vehicle travel information system I of the present invention. Vehicle travel information system 10 comprises at least one vehicle information system (VIS) 14 coupled to at least one vehicle (not shown), a base station network administrator (BSNA) 18 located at a remote site, and at least one user communications interface 22.

Vehicle Information System

VIS 14 includes a VIS processor 24, a location determination device 26, such as a global positioning system (GPS) receiver, a wireless communications device 30, a VIS, and a driver computer interface 34. In one embodiment, location determination device 26 receives vehicle position data from a GPS satellite network 36, including at least one satellite, and determines the vehicle's location. For example, PS satellite network 36, having 3 satellites, transmits position data to location determination device 26 which utilizes the position data to resolve a vehicle location. Although the exemplary embodiment utilizes GPS to monitor vehicle location, other suitable position tracking systems may be used.

VIS processor 24 controls the overall operation of VIS 14. In the exemplary embodiment, VIS processor 24 interacts with VIS wireless communication device 30, location determination device 26, and driver computer interface 34. For example, VIS processor 24 interacts with VIS wireless communication device 30 to communicate with BSNA 18 via a wireless service provider 38. Information from VIS processor 24 is transmitted wirelessly over a network to a wireless service provider 30, comprising a wireless switch (not shown), which translates information and puts it on a line device, such as a phone line, which then connects to

3

4

BSNA **18**. VIS processor **24** also interacts with driver computer interface **34** to provide or receive information to or from the driver. Driver computer interface **34** receives and displays information inputs from the vehicle driver, VIS processor **24** and BSNA **18**.

In one embodiment, VIS processor **24** receives vehicle location data from location determination device **26**, monitors the vehicle's location and transmits the vehicle location data to BSNA **18** upon occurrence of certain prompting events. Upon the occurrence of certain 'Prompts', VIS processor **24** transmits updated vehicle location data to BSNA **18**, via VIS wireless communication device **30** and wireless service provider **38**. The Prompts include starting the vehicle's engine, putting the vehicle in drive, opening a door, an absence of vehicle movement for preset time period, the vehicle traveling a preset number of miles, a preset time elapsing, upon request from BSNA **18**, the vehicle exceeding a preset speed, the engine functioning improperly, at predetermined waypoints, or the driver depressing an 'Assist' button **40**. The occurrence of any other event, in addition to those listed above, could be utilized as a Prompt. BSNA **18** monitors the vehicle location data and compiles vehicle travel information.

As shown in FIG. **5**, driver computer interface **34** includes an 'Assist' button **40**. Assist button **40** sends an emergency signal to base station computer **42** via VIS wireless communication device **30** and wireless service provider **38**. If the vehicle becomes disabled or indefinitely delayed the vehicle driver depresses Assist button **40**, which causes VIS processor **24** to send an emergency signal and the current vehicle location to base station computer **42**. Upon receiving the emergency signal, base station computer **42** generates an emergency message to an emergency response terminal **46** and user communications interface **22**. The emergency message to emergency response terminal **46** notifies an emergency response dispatcher that the vehicle needs immediate assistance and gives the dispatcher the vehicle location. In one embodiment, the emergency message to the user notifies the user that the vehicle has incurred a problem, will be delayed, and the approximate length of the delay.

In the exemplary embodiment Assist button **40** notifies the emergency response terminal **46** that the vehicle has incurred mechanical problems such as engine problems or a flat tire. In an alternative embodiment, Assist button **40** is used to send notification of other emergency situations such as the vehicle being involved in an accident, a medical problem with a person in the vehicle, a disturbance on the vehicle, etc. A further alternative embodiment includes more than one Assist button. A first 'Assist' button **40** signals mechanical or other problems and requests the emergency response dispatcher to send an emergency assistance crew to evaluate and make repairs, and dispatch a replacement vehicle. A second button informs the dispatcher to send an emergency medical team (EMT), or the police. The aforementioned functions and applications of Assist button **40** are exemplary only. Other functions are possible and can be utilized in connection with practicing the system and method described herein.

Base Station Network Administrator

In an exemplary embodiment, BSNA **18** includes, base station computer **42**, and a web server **48**. BSNA **18** communicates with VIS **14**, stores user defined vehicle travel information message triggers, analyzes vehicle travel information and mapping data, downloads a current graphical representation of a vehicle's location, and generates messages to user communications interface **22**. Wireless service provider **38** communicates with VIS wireless communica-

tion device **30**, and is electronically interfaced with base station computer **42**. Vehicle location data, vehicle driver inputs and other information is transmitted by VIS **14** to BSNA **18**, allowing base station computer **42** to monitor the vehicle's travel, adherence to time schedule, vehicle operational status, and other pertinent information. Base station computer **42** also contains user specified vehicle travel information message triggers defining when, where, and how the user desires to be notified of vehicle travel information. Base station computer **42** compares the vehicle travel information, and other data transmitted by VIS **14**, to the vehicle travel information message triggers. When a match occurs base station computer **42** sends a vehicle travel information message to user communications interface **22** informing the user the vehicle has reached a particular location or is a specified number of minutes from a particular location.

Base station computer **42** also generates a current graphical representation of a vehicle location on a web site that can be accessed by user communications interface **22** via the Internet. Base station computer **42** interprets the vehicle location data received from VIS **14** then employs a mapping program to create a current vehicle location mapping display that can be viewed on user communications interface **22**. The mapping program has appropriate information such as pertinent street locations, vehicle speed limits, and traffic flow patterns. In an exemplary embodiment, base station computer **42** communicates with user communications interface **22**, via the Internet. Using the Internet, the user views the web site utilizing user communications interface **22**.

In addition, base station computer **42** transmits information to VIS **14** instructing VIS processor **24** to perform certain operations or display a message to the vehicle driver on driver computer interface **34**. Base station computer **42** also interfaces with devices such as, but not limited to, a cable content interface **58**, a dispatcher **62**, and/or a remote client system **66**. Cable content interface **58** communicates with a user television **70** via a cable television service provider. Therefore, a user sets user television **70** to a specific channel and views a current graphical representation of one or more vehicle locations. Dispatcher **62** tracks vehicle location and a user calls base station computer **42**, using a telephone interface, to obtain current information about the vehicle location. Base station computer **42** also communicates with a remote client system **66** via web server **48** and the Internet.

In one embodiment, remote client system **66** is a computer including a web browser. Remote client system **66** is interconnected to the Internet through at least one interface such as a local area network (LAN), a wide area network (WAN), dial-in-connections, cable modems, and phone lines. Remote client system **66** is any device capable of interconnecting to the Internet including a web based phone or other web based connectable equipment. By communicating with web server **48**, via the Internet, remote client system **66** retrieves vehicle travel information from base station computer **42** and downloads the information to a web site allowing the user to utilize an alternate Internet web site or other Internet accessible means to view a current graphical representation of the vehicle location.

User Communications Interface

User communications interface **22** includes at least one of, but is not limited to, a personal computer **74**, a residential gateway **78**, a home Internet appliance **82**, a wireless Internet access device **86**, a pager **90**, a telephone interface **92**, and user television **70**. By configuring personal computer **74** to access the Internet, the user calls up a web page and views

5

a current graphical display of the vehicle location, inputs user defined vehicle travel information message triggers, and receives vehicle travel information messages.

Home Internet appliance **82** is an appliance that lacks the processing capabilities of a personal computer but allows the user access to the Internet, view a web site, and input information. Residential gateway **78** is a device that connects an external network, or the Internet, with an internal home network. The internal home network includes such devices as a personal computer, a television, and a home Internet appliance. Using residential gateway **78** as a user communications interface **22** the user benefits from the features of a home network system while utilizing the Internet to access a web page. Thus, personal computer **74**, residential gateway **78** and home Internet appliance **82** provide a medium by which the user views a current graphical display of the vehicle location, receives vehicle travel information messages, receives other vehicle information messages, and interfaces with BSNA **18** to request information and preset vehicle travel information message triggers.

Wireless Internet access device **86** includes at least one of a hand held computer and a personal data assistant (PDA). These devices are equipped with wireless modems that access the Internet via a third party wireless Internet provider **94**. In one embodiment, wireless Internet access device **86** is initialized as user communications interface **22** to communicate with base station computer **42** and utilize the features of system **10**. When user communications interface **22** is a pager **90**, base station computer **42** communicates messages to the user utilizing a telephone interface, standard public switched telephone network (PSTN), and a commercial paging system, or an Internet accessible paging application.

When the user communicates with base station computer **42** via a PSTN, using telephone interface **92** as user communications interface **22**, telephone interface **92** rings to provide the user notification regarding the location of a vehicle. Additionally, telephone interface **92** can be utilized to program message triggers. Implementing an interactive voice response system the user presets the vehicle travel information message triggers using telephone interface **92** that includes a touch tone phone.

Vehicle travel information message triggers are preset by the user utilizing user communications interface **22** to communicate with base station computer **42**. The vehicle travel information message triggers to be preset include when a message is to be generated, the content of the message, and whether to receive a visual message, and/or an audible message. In an exemplary embodiment the content and presentation of messages displayed on user communication interface **22** are not limited to showing the vehicle location on a map, or displaying messages informing the user of the impending arrival of the vehicle. In addition, base station computer **42** responds to user requests or preset triggers and generates messages informing the user that the vehicle is passing user selected mileposts, the vehicle is approximately within a user selected number of miles from a predetermined location, the vehicle rate of progress is varying from normal progress patterns due to reasons such as weather or traffic delays, the vehicle's subsequent destination, when the vehicle reached a specific location, when the vehicle departed from a specific location, and as described above, when the vehicle encounters an emergency.

In one embodiment user communications interface **22** includes audio and video display capabilities. The user selects mileposts along a vehicle route so that when the

6

vehicle passes a milepost base station computer **42** generates an audio, video or text message informing the user of the vehicle's progress along that route. In an alternate embodiment, the user receives a message when the vehicle is within an approximate number of miles from a predetermined location, by interfacing with the base station computer **42**, via user communications interface **22**, and configuring the messaging component of system **10** to generate such a message. In a further alternate embodiment the user presets vehicle travel information message triggers so that if the progress of the vehicle along a route is delayed due to heavy traffic, inclement weather, or other causes, base station computer **42** informs the user by sending a message stating that there is a delay, and the approximate length of the delay. In another alternate embodiment base station computer **42** is configured to generate a message to user communications interface **22** informing the user of the vehicle's subsequent destination. In a still further embodiment, the user configures base station computer **42** to generate a message informing the user the vehicle has reached a predetermined destination, and to generate another message informing the user when the vehicle has left that location. In yet another alternate embodiment, messages show vehicle driver information, vehicle identification information, vehicle operation information, time countdown, mileage countdown, cargo information, whether the vehicle is running behind or ahead of schedule, etc. The aforementioned messages are exemplary only. The system and method described herein is capable of generating messages in many other formats with any content desired.

Messaging

In an exemplary embodiment, the messaging program associated with system **10** is configured such that user communications interface **22** includes either personal computer **74**, residential gateway **78**, home Internet appliance **82**, wireless Internet access device **86**, or user television **70**. Therefore, user communications interface **22** visually displays information and communicates a vehicle travel information message to the user in the form of an E-mail message, an animated video message, or other graphically rendered routines. In an alternate embodiment, the vehicle travel information message is communicated to the user in the form of an audio message including a distinctive audio sound, or a computer generated language message so that the recipient can be away from user communications interface **22** and receive the message.

Party or Package Tracking

Additionally, system **10** allows a user to track a party or package to verify that the party or package was picked up and/or delivered to the proper location. For example, in a school bus context, such a feature would generate messages informing the user when the child boarded the school bus, when the bus reached the objective location, when the child disembarked the bus, and would allow the user to verify that the child was still on the bus as the bus progressed along a scheduled route.

In an exemplary embodiment relating to tracking a passenger of a vehicle, VIS **14** includes a passenger identification device **96**, and base station network administrator **18** includes a database **100**. Passenger identification device **96** receives either a boarding identification input or disembarking identification input from a passenger and/or a vehicle driver, and database **100** contains passenger information. The boarding identification and the disembarking identification include a passenger identification that uniquely identifies individual passengers. The passenger information stored in database **100** includes information about the pas-

7

senger such as the passenger identification, passenger's address, phone number, desired boarding location, desired disembarking location, and desired method of receiving information messages. Once passenger identification device **96** receives a boarding identification input or disembarking input, the input is communicated to VIS processor **24**, and then transmitted to base station computer **42**. Base station computer **42** interprets the passenger identification input, accesses database **100**, retrieves the passenger information corresponding to the passenger identification, generates notification messages to user communications interface **22**, and monitors the on-board status of the passenger.

When a passenger boards the vehicle either the passenger or the vehicle driver inputs a boarding identification into passenger identification device **96**. As stated above, the input is transmitted to, and interpreted by, base station computer **42**. After retrieving the corresponding passenger information from database **100**, base station computer **42** notes the passenger has boarded the vehicle and generates a message to the user notifying the user the passenger has boarded the vehicle, and giving the location of boarding. Upon disembarking the vehicle the passenger or driver inputs a disembarking identification into passenger identification device **96**, and again the input is transmitted to base station computer **42**. Base station computer **42** then retrieves the corresponding passenger information from database **100**, notes that the passenger has disembarked, and generates a second message to the user notifying the user that the passenger has disembarked and giving the location the passenger disembarked.

A user wishing to check the on-board status of a passenger utilizes user communication interface **22** to communicate with base station computer **42**. If a boarding identification was not received then base station computer **42** responds to the user inquiry that the passenger did not board. If base station computer **42** has received a boarding identification but not a disembarking identification, then the user is notified that the passenger remains on-board the vehicle, and is given the location the passenger boarded. If base station computer **42** has received both a boarding identification and a disembarking identification, a message is sent to the user showing the passenger boarded, the boarding location, the passenger disembarked, and the disembarking location. An alternate embodiment includes security features such that a passenger is only permitted to board at a specific location, and only permitted to disembark at a specific location. When such security features are enabled, a message is displayed on driver computer interface **34** to inform the driver of the restrictions.

In an alternative embodiment system **10** tracks packages, products, or anything transported by a vehicle. The aforementioned functions and applications of the party or package tracking feature are exemplary only. Other functions and applications are possible and can be utilized in connection with practicing the system and method herein.

General Operation

FIG. **2** shows flow chart **196** illustrating the messaging component of the vehicle tracking and messaging system shown in FIG. **1**. System **10** is initialized **200** upon the occurrence of an initialization event. The initialization event includes pressing an on/off switch on VIS processor **24**, engaging the ignition of the vehicle, the vehicle driver depressing a start button on driver computer interface **34**, or any other event that signals the vehicle is preparing to begin travel along a route. Upon initialization, communication between BSNA **18** and VIS **14** is established **204**. Once communication is established **204** between BSNA **18** and

8

VIS **14**, VIS **14** transmits **208** vehicle location data to BSNA **18** upon the occurrence of certain Prompts. Using the vehicle location data, base station computer **42** then compiles **212** vehicle travel information. Base station computer **42** then compares **216** the vehicle travel information to the user defined vehicle travel information message triggers. If base station computer **42** determines **220** there is a match a vehicle travel information message is generated and sent **224** to user communications interface **22**.

FIG. **3** shows flow chart **296** illustrating the vehicle tracking component of the vehicle tracking and messaging system shown in FIG. **1**. System **10** is initialized **300** upon the occurrence of an initialization event. The initialization event includes pressing an on/off switch on VIS processor **24**, engaging the ignition of the vehicle, the vehicle driver depressing a start button on the driver computer interface **34**, or any other event that signals the vehicle is preparing to begin travel along a route. Upon initialization, communication between BSNA **18** and VIS **14** is established **304**. In an exemplary embodiment, after communication is established **304** between BSNA **18** and VIS **14**, location determination device **26** begins to resolve **308** a vehicle location from GPS satellite network **36** data. Location determination device **26** then communicates **312** the vehicle location data to VIS processor **24**. This cycle of receiving location data, and sending the vehicle location data to VIS processor **24** repeats at predetermined intervals.

Upon the occurrence **316** of any Prompt, discussed herein above, VIS processor **24** sends **320** the vehicle location data to VIS wireless communication device **30** which transmits **324** the vehicle location data to base station computer **42**. The user then utilizes user communications interface **22** capable of displaying graphical representations to connect **328** with the web site and requests a graphical representation of the vehicle location. Base station computer **42** utilizes a mapping program and plots **332** the vehicle location data on the map. Once the vehicle location data are plotted on the map base station computer **42** downloads **336** the map to a web site showing the graphical representation of the location of the vehicle.

FIG. **4** shows a flow chart **396** illustrating the emergency messaging component of the vehicle information system shown in FIG. **1**. If the vehicle becomes disabled or indefinitely delayed the vehicle driver depresses **400** Assist button **40**. Upon depressing Assist button **40** VIS processor **24** transmits **404** an emergency signal and the current vehicle location to base station computer **42**. Upon receiving the emergency signal, base station computer **42** communicates **412** an emergency message to an emergency response terminal **46**. The emergency message notifies an emergency response dispatcher that the vehicle needs immediate assistance and gives the dispatcher the vehicle location. The emergency response dispatcher then takes **416** appropriate measures, such as dispatching an emergency assistance crew and dispatching a replacement vehicle to the vehicle location.

While the invention has been described in terms of various specific embodiments, those skilled in the art will recognize that the invention can be practiced with modification within the spirit and scope of the claims.

What is claimed is:

1. A web based system for monitoring the travel of a vehicle, said system comprising:

a vehicle information system coupled to a vehicle, said vehicle information system comprising a passenger identification device; and

a base station network administrator configured to communicate with said vehicle information system, and to monitor the on-board status of at least one identified passenger.

US 6,502,030 B2

9

**2**. A web based system in accordance with claim **1** wherein said passenger identification device configured to:

receive inputs from a vehicle driver;

receive a boarding identification of a passenger as the passenger boards 1he vehicle; and

receive a disembarking identification of a passenger as the passenger disembarks the vehicle.

**3**. A web based system in accordance with claim **1** wherein said vehicle information system configured to communicate with said base station network administrator, said vehicle information system further comprising a communications device, a location determination device, a vehicle information system processor, and a driver computer interface.

**4**. A web based system in accordance with claim **3** wherein said passenger identification device further configured to exchange communication with said vehicle information system processor.

**5**. A web based system in accordance with claim **3** wherein said location determination device configured to determine vehicle location data indicating the current location of the vehicle.

**6**. A web based system in accordance with claim **3** wherein said base station network administrator comprises a base station computer, a database, and a web server.

**7**. A web based system in accordance with claim **6** wherein said vehicle information system processor further configured to communicate with said base station computer via said communications device and a wireless service provider.

**8**. A web based system in accordance with claim **7** wherein said communication device configured to use wireless communication, said communications device fiber configured to exchange communication with the wireless service provider and said vehicle information system processor, said base station computer configured to exchange communication with the wireless service provider.

**9**. A web based system in accordance with claim **7** wherein said base station computer further configured to exchange communication with said vehicle information system processor via the wireless service provider and said communication device.

**10**. A web based system in accordance with claim **6** wherein said driver computer interface configured to:

receive and display inputs from a vehicle driver;

receive and display communications from said vehicle information system processor;

receive and display communications from said base station computer; and

receive and display communications from said passenger identification device.

**11**. A web based system in accordance with claim **6** wherein said base station computer further configured to exchange communication with at least one of said database, and said web server.

**12**. A web based method for monitoring the travel of a vehicle using a system including a base station network

10

administrator and a vehicle information system, the vehicle information system including a vehicle information system processor, a location determination device, a driver computer interface, a communications device, and a passenger identification device, the passenger identification device configurable to be used with either of passengers or cargo, said method comprising the steps of:

receiving vehicle location data at the vehicle information system frog at least one satellite;

communicating the vehicle location data from the vehicle information system to the base station network administrator;

utilizing the base station network administrator to monitor the vehicle location;

downloading vehicle travel information; and

monitoring the on-board status of identified vehicle cargo.

**13**. A web based method in accordance with claim **12** wherein communicating the vehicle location data comprises the step of exchanging communications between the vehicle information system processor and the base station network administrator, the base station network administrator including a base station computer, a web server, and a database.

**14**. A web based method in accordance with claim **13** wherein said step of receiving vehicle location data at the vehicle information system from at least one satellite further comprising the steps of:

communicating vehicle location data from the location determination device to the vehicle information system processor; and

communicating vehicle location data from the vehicle information system processor to the base station computer.

**15**. A web based method in accordance with claim **13** wherein said step of utilizing the base station network administrator to monitor the vehicle location further comprises the steps of:

utilizing the base station computer, a mapping program, and vehicle location data Lo plot a vehicle location on a map and track the vehicle location; and

updating the vehicle location coordinates upon occurrence of prompting events.

**16**. A web based method in accordance with claim **12** wherein said step of monitoring the on-board status of vehicle cargo further comprising the steps of:

receiving a boarding identification, via the passenger identification device;

receiving a disembarking identification, via the passenger identification device;

communicating the boarding identification and the disembarking identification to the base station computer; and

determining on-board status of vehicle cargo, using the base station computer.

\*   \*   \*   \*   \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,502,030 B2                                        Page 1 of  1
DATED            : December 31, 2002
INVENTOR(S) : Thomas Hilleary

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2,
Line 29, delete "o r" and insert therefor -- or --.
Line 37, delete "I" and insert therefor -- 10 --.
Line 50, delete "PS" and insert therefor -- GPS --.

Column 9,
Line 5, delete "1he" and insert therefor -- the --.
Line 33, delete "fiber" and insert therefor -- further --.

Column 10,
Line 9, delete "frog" and insert therefor -- from --.
Line 40, delete "Lo" and insert therefor -- to --.

Signed and Sealed this

Seventeenth Day of February, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*